### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN and VICKY BANEY, H/W,** | : | |
| | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 4:14-CV-2393** |
| | : | |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **JAMES R. FICK, M.D.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)    The defendants' motions to dismiss with prejudice plaintiffs' federal claim under EMTALA, (Doc. 62) (Doc. 64) (Doc. 67) (Doc. 75), are **GRANTED**;

(2)    The court declines to exercise supplemental jurisdiction over plaintiffs' remaining state law claims, therefore the plaintiffs may re-file these counts in the appropriate state court.

(3)    The plaintiffs' motion to amend their complaint, (Doc. 74), is dismissed, as moot, without prejudice; and

(4)    The clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: FEBRUARY 23, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2393-01-ORDER.wpd